TOWN OF WINDHAM *v.* EUGENE ARSENAULT ET AL.
(AC 34509)

Lavine, Alvord and Foti, Js.

Argued December 4, 2012—officially released February 5, 2013

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.

CARLOS GARCIA *v.* COMMISSIONER
OF CORRECTION
(AC 33791)

Lavine, Robinson and Bear, Js.

Submitted on briefs January 11—officially released February 12, 2013

Per Curiam. The appeal is dismissed.

COREY WILLIAMS *v.* COMMISSIONER
OF CORRECTION
(AC 33107)

Lavine, Robinson and Bear, Js.

Submitted on briefs January 11—officially released February 12, 2013

Per Curiam. The appeal is dismissed.